McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. LEE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CASE NO. **2:04-CV-02237-WBS-KJM**<br><br>STIPULATION THAT THE COURT SHALL REMAND THE CASE TO THE COMMISSIONER AND DIRECT THE CLERK TO ENTER JUDGMENT; [proposed] ORDER |

　　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand is to offer Plaintiff a new hearing and decision.

　　　　Upon remand by the Court, the Appeals Council will remand this case to an Administrative Law Judge (ALJ), and direct him or her to:

　　　　1.　　Provide a function-by-function evaluation of Plaintiff's maximum residual functional capacity, both physical and mental;

　　　　2.　　Obtain a mental status consulting examination;

　　　　3.　　Consider all medical opinions of record and state the weight given to each opinion;

　　　　4.　　Provide an evaluation of the listings and, if necessary, obtain a medical expert;

1        5.      Reassess Plaintiff's allegations of pain in accordance with the regulations
2  and Social Security Ruling 96-7p;
3        6.      Make findings of fact as to the exertional and non-exertional
4  requirements of Plaintiff's past relevant work, both as Plaintiff
5  performed it and as it is normally performed in the national economy;
6  and
7        7.      Obtain vocational expert testimony as necessary (if the ALJ determines
8  that Plaintiff cannot perform his past work).
9        The ALJ will take any other action necessary to complete the administrative
10 record and issue a new decision.
11       It is further stipulated that the Court shall direct the Clerk to enter a separate
12 judgment, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure,
13 pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).
14       The parties further stipulate that counsel for Plaintiff will provide a facsimile of
15 this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby
16 authorizes counsel for Defendant to file this document in PDF format under the latter's
17 Electronic Case Filing (ECF) password, pursuant to Local Rule 7-131.

18 DATED: June 27, 2005                 */s/ Ann M. Cerney*
                                              ANN M. CERNEY
19                                               Attorney at Law
20                                               Attorney for Plaintiff

21 DATED: June 28, 2005                 McGREGOR W. SCOTT
                                              United States Attorney
22
23                                         By: */s/ Bobbie J. Montoya*
                                              BOBBIE J. MONTOYA
24                                               Assistant U. S. Attorney
25                                               Attorneys for Defendant
   OF COUNSEL:
26
   LUCILLE GONZALES MEIS
27   Chief Counsel, Region IX

28    DENNIS J. HANNA
    Assistant Regional Counsel

   United States Social Security Administration

1
2
3 **ORDER**

4 In CASE NO. 2:04-CV-02237-WBS-KJM, <u>Gregory A. Lee v. Jo Anne
5 B. Barnhart</u>, the parties' stipulation to remand the case to the Commissioner of
6 Social Security for further proceedings pursuant to 42 U.S.C. § 405(g) is hereby
7 APPROVED.

8 The prior administrative decision is vacated and the Clerk of the
9 Court is directed to enter Judgment.

10 SO ORDERED.

11
12 **DATED: June 29, 2005**

13
14 _____
  WILLIAM B. SHUBB
15 UNITED STATES DISTRICT JUDGE