McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. LEE,<br><br>      Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>      Defendant. | CASE NO. **2:04-CV-02237-WBS-KJM**<br><br>STIPULATION AND [proposed]<br>ORDER SETTLING ATTORNEY'S<br>FEES PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT |

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND SIX HUNDRED FIFTY AND 00/100 DOLLARS ($4,650.00).  This amount represents compensation for legal services rendered on behalf of Plaintiff by Plaintiff's attorney in accordance with 28 U.S.C. § 2412(d).

   This stipulation constitutes a compromise settlement of Plaintiff's request for all fees and costs under the EAJA, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the FOUR THOUSAND SIX HUNDRED FIFTY AND 00/100 DOLLARS

($4,650.00) in fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees and costs in connection with this action.

      The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: August 9, 2005         /s/ Ann M. Cerney
                                        Ann M. Cerney

                                        Attorney for Plaintiff

DATED: August 10, 2005        McGREGOR W. SCOTT
                                        United States Attorney

                                   By: /s/ Bobbie J. Montoya
                                        BOBBIE J. MONTOYA
                                        Assistant U. S. Attorney

                                        Attorneys for Defendant

OF COUNSEL

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

DENNIS J. HANNA
Assistant Regional Counsel

U. S. Social Security Administration

---

Re: GREGORY A. LEE v. JO ANNE B. BARNHART, Case No. 2:04-CV-02237-WBS-KJM, Stipulation and Order Settling Attorney's Fees Pursuant to the Equal Access to Justice Act

_____oOo_____

**ORDER**

Upon stipulation of the parties, plaintiff in CASE NO. 2:04-CV-02237-WBS-KJM, **GREGORY A. LEE v. Jo Anne B. Barnhart**, is hereby awarded attorney fees in the amount of $4,650.00, pursuant to the Equal Access to Justice Act.

**APPROVED AND SO ORDERED.**

DATED:  August 10, 2005

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE